UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLIE MALLAD,

    Plaintiff,                             Case No. 22-cv-10057

v.                                           Hon. Matthew F. Leitman

JOHN WANGLER,

    Defendant.

_____/

## ORDER (1) TERMINATING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE (ECF No. 5) AND (2) DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE (ECF No. 1)

On March 16, 2022, Plaintiff Allie Mallad filed a notice of voluntary dismissal in this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*See* Notice, ECF No. 10.) Pursuant that notice, the Court (1) **TERMINATES** Defendant John Wangler's motion to dismiss (ECF No. 5) **WITHOUT PREJUDICE** as moot and (2) **DISMISSES** Mallad's Complaint (ECF No. 1) **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated:  May 12, 2022

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 12, 2022, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan  
                                                  Case Manager  
                                                  (313) 234-5126